IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARTHUR LENARD JAMES, III,

    Plaintiff,

v.                                                    4:21cv421–WS/MAF

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed December 29, 2021. The magistrate judge recommends that Plaintiff's amended complaint be dismissed as an impermissible shotgun pleading and for failure to comply with a court order.

Having reviewed the matter, it is ORDERED:

1. The court ADOPTS and incorporates by reference into this order the magistrate judge's report and recommendation (ECF No. 8).

2. Plaintiff's amended complaint (ECF No. 5) is hereby DISMISSED.

3. The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this <u>  16th  </u> day of <u>   February   </u>, 2022.

<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE